IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
**U.S. DISTRICT COURT**
**DISTRICT OF COLORADO**

**2017 DEC -8  PM 1: 28**

JEFF... ?.COLWELL
CLERK

BY_____DEP. CLK

Civil Action No.    **'17 - CV - 02954**

_____

(To be supplied by the court)

_____Timothy Philip Rodgers_____, Plaintiff


All Military Veterans w/ Historical + Open claims older than 365 days at VA (Class) ,

v.


_____United States Government_____,


_____U.S. Attorney General Jeff Sessions_____,


_____U.S. Attorney Bob Troyer, District of Colorado , Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B.  Do not include addresses here.)*

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

| **NOTICE** |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Timothy Philip Rodgers, 5170 E. Asbury Ave #306, Denver, CO 80222

(Name and complete mailing address)

(719) 930-4686 – thoughtreaperx@gmail.com

(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    United States Government: U.S. Attorney General Jeff Sessions

(Name and complete mailing address)

Washington D.C. United States. DOJ listed switchboard # (202) 514-2000

(Telephone number and e-mail address if known)

Defendant 2:    United States Government: U.S. District Attorney of Colorado Bob Troyer

(Name and complete mailing address)

Main Office in Denver # (303) 454-0100

(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

____    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

__X__    Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

____    Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq.

2

(employment discrimination on the basis of age)

 X   Other: (*please specify*)  5th, 6th, 8th and 10th amendments of the Bill of Rights

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   Violation of Proper Due Process with the Department of VA's benefits process.

The conduct complained of in this claim involves the following: (*check all that apply*)

\_\_\_\_ failure to hire                 \_\_\_\_ different terms and conditions of employment

\_\_\_\_ failure to promote             X  failure to accommodate disability

\_\_\_\_ termination of employment      X  retaliation

 X  other: (*please specify*) treating all applicants as if they are frauds, goes against innocent until proven guilty. A gray area exists between how this can be seen as neglect or done with intention to save the money. Either way, the entire process as it operates is unconstitutional.

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

\_\_\_\_ race            \_\_\_\_ religion         \_\_\_\_ national origin          \_\_\_\_ age

\_\_\_\_ color           \_\_\_\_ sex             X  disability

Supporting facts:

***Please be advised*** *– I suffer from a severe mental health condition and struggle to*

*properly communicate sometimes. Part of my continuous recovery involves writing and even*

*though I have made considerable progress, I still have a long way to go. I do not have legal*

*representation because it makes no sense to me to try to have someone else explain what I have*

*not been able to after years of study and research. My main goal is to address the VA issues and*

3

will be keeping this as simple and towards that aim as I can. For the evidence on my pending personal claim, I will submit it upon request. I am only including what it would seem you would need to determine that the systemic violations exist and that I am an honest individual, deserving of what I am asking for. This stems from the mentality of the first reviewer of this tort claim; whom told me over the phone that none of my medical evidence mattered because deciding claims is exclusively VA jurisdiction, even though I reminded him some of that paperwork showed how Denver Regional has tried to intimidate me off my service-connection claims with attempts to strip my pension. In my case, they deliberately refuse to see what qualifies me and insist I am undeserving using the term "marijuana use disorder" as if they are accusing me of being an addict. For the record, I first got an MMJ card(through MEDICANN) in CA around 2006. It is not my fault that I have such intense brain damage that it is often confused as, or is an unnatural form of paranoid schizophrenia. MMJ was there helping me long before this government decided to take any part of my recovery. I have also quit MMJ for several time periods, including my most recent homelessness episode where Catholic Charities drug tested me weekly as a condition to staying there. The point is that while I do admittedly utilize MMJ, it doesn't make me an addict or any less deserving. Doesn't matter to the VA that MMJ is helping me in ways that pharmaceuticals designed for my condition never have because of the prejudice they can cling to in the form of Federal Law. Technically speaking, the VA(Federal Agency) violates **TITLE 18, U.S.C., SECTION 242** treating me and everyone else as fraud's under the law and using tactics like this to force people away from the help they need. The VA does operate under the color of law in the sense that when someone waiting for benefits never gets them, those around the veteran become doubtful and resentful because why would the all mighty and righteous United States

4

*Government not take care of a deserving veteran? People innately blame the individual because many see our government incapable of doing anything morally wrong.*

People with severe mental health issues are often unable to navigate the current system in order to get the help they need and deserve. The issue I am trying to address has been around for a long time and it being a problem is not a secret to many. I have personally witnessed this at various VAs and so have countless other veterans. This is a leading contributing factor to the on-going suicide epidemic being faced by our veteran population. The process is systemically flawed treating everyone as if they are potential frauds; because fraud is not the problem it is made out to be and many people who the government is obligated to help, are not getting that help. There is no excuse we have former service-members ending their own lives in VA parking lots while the administrators give themselves bonuses as if they work for a corporation.

<u>Evidence Inventory</u>

**EXHIBIT E - SF-95 and Related Denial Responses as needed for Section E:** Listed above other Exhibits because of being a requisite for filing. All tort claim paperwork within this Exhibit also contributes to how the Tort portion of this process, doesn't serve the check and balancing function of the law that it is legally meant to.

*Exhibit E is 12 pages.

**EXHIBIT A** <u>"Operation: Crucified Serpent – Official Report #1"</u> This document is formatted and is being prepared for publication upon the conclusion of this legal battle. I am reporting to the population the outcome of what happens in this case, the way a real journalist would if they were still allowed to report more than what they get paid to say. *Please note the Exhibit A print outs have been modified to the marginal and spacing measurements set by rules of this court.*

5

**SEE EXHIBIT A – CASE POINT ALPHA** for all the personal details on my individual case. Some of the details of my case are graphic in an adult nature and those details, I do not think would not be seen as appropriate for dialogue on a legal document such as this.

**SEE EXHIBIT A – CASE POINT BRAVO** for details on the systemic issues facing veterans due to everyone being handled as if they are all frauds after free money.

*Exhibit A is 27 pages.

**EXHIBIT B Documentation Reflecting my Honesty and Innocence**

¤ Original DD-214 and Original VA Pension Award Letter

¤ Professional Statements made by Tony Johnson, Jeff Plankeel and Nicole Gaal-Jordan.

¤ eBenefits print-out of all my known medical conditions in 2016.

¤ Proof of residency at homeless shelter.

*Exhibit B is 8 pages.

**EXHIBIT C Evidence of Intentional VA Rights Violations**

¤ Veteran's Affairs documentation stating attempts to strip pension and excuses of denial.

¤ VA Appt. Sheet where Examiner Mallory judged me as a fraud as I sat in front of him.

¤ VA Supplemental SoC labeling me an addict w/ term "marijuana-use disorder".

¤ Latest letter from BVA ordering a third remand from Denver Regional. In this reply they specifically ask for the UCMJ records I have repeatedly cited and it appears Denver Regional is still refusing to put anything about those records, down on paper.

*Exhibit C is 16 pages.

**EXHIBIT D FTCA Pamphlet demonstrating systemic 7th Amendment Violations**

¤ This is something many Americans would be disappointed to learn exists in this country.

*Exhibit D is 2 pages.

6

**E.    ADMINISTRATIVE PROCEDURES**

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

     _X_ Yes  (***You must attach a copy of the administrative charge to this complaint***)

     ___ No

Have you received a notice of right to sue? (*check one*)

     _X_ Yes  (***You must attach a copy of the notice of right to sue to this complaint***)

     ___ No

**F.    REQUESTS FOR RELIEF**

**F.I *AMENDING THE PROCESS TO A CONSTITUTIONAL STANDARD.***

*Put burden to disprove claims on the Regional Offices within the Department of Veteran's Affairs and require that it be done within 1 year or 365 days at most.* Having this change made is my primary objective above anything else. Fraud is a crime that gets prosecuted at many levels. The VA application process is a legal one by definition. The VA is operated by the government, which involves needing special representation and facing judges if issues arise. While veterans are not being charged with any crime including fraud, the delayed action of government under the presumption that all applicants are frauds, is the same as blindly punishing them for it. Having almost nothing to live on and needing to rely on charity for an average of 7-8 years can be seen as worse than prison to some. Being at that mercy is most certainly unforgiving. It will reduce suicides and save lives to make these changes. Those who risked their lives in covert operations, have no evidence to turn to when asking for benefits and are still legitimately entitled even though there is no way to demonstrate that on paper. Way too many of our best, brightest and bravest

7

have been lost to the harsh economic conditions of being homeless. Every wasted hour our veterans do without this relief, is a life that we may have been able to save.

### F.II *MAKING GOOD ON A PROMISE THAT HAS BEEN SO FAR UNKEPT.*

Under the FTCA, veterans who collect on this lawsuit would not see another service-connected paycheck in their lives. *The 15 million dollars each in damages to all affected veterans, would hopefully make it worth it.* The purpose behind this is that money will never be a problem for them again. It should be a small price to pay for the government to make a patriotic gesture such as this, considering that many veterans have lost relationships or a quality of physical and/or mental health they can never get back. The FTCA technically violates the 7th amendment against veterans because winning the lawsuit would literally not yield anything, let alone more than $20 even though the damages are worth so much more. Leaving veterans at the mercy of money when they need it to survive in our society, is cruel and unusual punishment in every sense of the term. I am recommending review of the current legal functionality of the FTCA legislation. We all signed contracts. No where on anyone's contract does it describe applying for benefits if you get hurt, being a mortal risk within itself. With that being said, a 'Sovereign Immunity' response to this would be grossly distasteful. I also recommend taking a long look at other benefits claims processing such as Social Security, insurance company standards among any other system that treats everyone as if they are guilty of fraud in advance. Should this be awarded, the VA has all the records and should be responsible for appropriately dispensing payments.

### F.III *LIBERTY AND JUSTICE FOR ALL.*

8

*Order the Department of Justice to investigate Jose Cardenas's abuses of the color of law. Please consider holding Police Departments to a "Rules of Engagement" standard at the minimum.* I have repeatedly reported him and even when I cited violations of the U.S. Civil Rights Codes they are supposed to investigate, I have been told it is outside the scope of what they do. This government has an obligation to protect my rights, it is not a choice. While the rights violating circumstances legally first occurred in early 2011, the statute of limitations does not apply to this case because the residual effects; such as it not being safe for me to live in the town I grew up in, are still on-going and current keeping it a fresh problem. I realize that even though this situation partially stems from the collateral of not having my needed benefits, that it will likely be considered a separate case altogether as far as having him prosecuted. I know if he was properly investigated, the government probably wouldn't need me to testify to imprison him for life. I understand if I am told this is another matter for another day. I only ask for this now because my life remains at risk while Cardenas is allowed to enforce law. I have already previously gone to great lengths and taken on high risk to have this addressed, only to continue to be ignored. If I must return to deal with Cardenas, all weapons registrations will go down with him because of the access the government unconstitutionally has given him. I swore an oath to protect the rights of all within the U.S. Constitution and I tragically can't even protect my own. If you don't do this for me, do it for my Grandma who hasn't been able to see me since 2011. I figure that since I need to name heads of the Department of Justice as defendants anyway, perhaps Cardenas can be punished without me needing to come back to court against the government for $20 million more to do it.

9

Before anyone tries to get silly by slapping me with a Title 11 in order to make an attempt to call this harassment, just remember one thing please. He could have always filed for a restraining order on me and hasn't because he knows the morality issue he is trying to avoid, would finally surface. If it is recommended that I file for one on him, I will do so. Anyone could still owe him life debt at this point though. I have not sought to face him on a legal level because in that type of environment, all he has to do is outspend me to win and continue using the government(the very same one I signed up to die for) as a weapon against me. All that madness and I am still supposed to somehow believe that I live in a free country...

## G.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

(Plaintiff's signature)

08 DEC 2017

(Date)

Timothy Philip Rodgers
5170 E. Asbury Ave. #306
Denver, CO 80222

(Form Revised December 2017)

10